### UNITED STATES DISTRICT COURT DISTRICT OF KANSAS
### KANSAS CITY, KANSAS

| | |
|---|---|
| MITESH PATEL,        )<br>    A#78 544 991        )<br>        Plaintiff,        )<br>v.                    )<br>                      )<br>ALBERTO GONZALES, Attorney General )<br>of the United States;        )<br>MICHAEL CHERTOFF, Secretary,        )<br>Department of Homeland Security;        )<br>MICHAEL JAROMIN, Director,        )<br>Kansas City Office, U.S. Citizenship and        )<br>Immigration Services;        )<br>EMILIO T. GONZÁLEZ, Director,        )<br>U.S. Citizenship and Immigration Services   )<br>ROBERT S. MUELLER, III, Director        )<br>Federal Bureau of Investigations        )<br>        Defendants.        )<br>_____) | Civil Action No. 06-2397-KHV |

### **ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL**

NOW on this 31st day of January, 2007, the Court orders that Petitioner's Motion for Voluntary Dismissal, (Doc. # 10) and Amended Motion to Dismiss (Doc. #12), are hereby **granted**.

WHEREFORE, the matter is dismissed without prejudice.

IT IS SO ORDERED.

                                                    s/ Kathryn H. Vratil
                                                  UNITED STATES DISTRICT JUDGE